### HIRAM COLVIN vs. AUGUSTUS ALVORD et al.

A notice of assessment of damages given before default entered, is irregular. Plaintiff will not be allowed to amend nunc pro tunc.

*Motion by defendants to set aside the judgment in this cause, and any assessment of damages that may have been made therein prior to said judgment.*—On the 25th day of November, 1844, defendants' attorney served on plaintiff's attorneys notice of retainer in this cause. On the 26th November, defendants' attorney received from plaintiff's attorneys notice of assessment of damages. The default was entered as to both defendants on the 27th November. Judgment docketed on the 11th day of December, 1844, no clerk's report having been filed, or rule for final judgment entered. It was insisted by defendants' counsel that notice of assessment of damages before default was entered was irregular. Plaintiff's counsel insisted notice of assessment might be given de bene esse.

R. W. PECKHAM, *Defts Counsel.*          I. DORR, *Defts Atty.*

M. T. REYNOLDS, *Plffs Counsel.*          HAIGHT & CHASE, *Plffs Attys.*

NELSON, Chief Justice.—Held, that the notice of assessment of damages before the default was entered, was clearly irregular; and refused to allow the assessment to stand nunc pro tunc.

*Decision.*—Motion granted with costs.